JS-6

1  TRUEBLOOD LAW FIRM
   ALEXANDER B. TRUEBLOOD (State Bar No. 150897)
2  10940 Wilshire Boulevard, Suite 1600
   Los Angeles, California 90024
3  Telephone: (310) 443-4139
   Facsimile: (310) 943-2255
4
   LAW OFFICES OF BRANDON A. BLOCK, APC
5  BRANDON A. BLOCK (State Bar No. 215888)
   433 North Camden Drive, Suite 600
6  Beverly Hills, California 90210
   Telephone: (310) 887-1440
7  Facsimile: (310) 496-1420

8  Attorneys for Plaintiffs
   CHARMAINE SYLVERS and TYAVA WINBORNE
9

10 REED SMITH LLP
   ABRAHAM J. COLMAN (State Bar No. 146933)
11 FELICIA Y. YU (State Bar No. 193316)
   RAYMOND Y. KIM (State Bar No. 251210)
12 355 South Grand Avenue, Suite 2900
   Los Angeles, CA 90071-1514
13 Telephone: (213) 457-8000
   Facsimile: (213) 457-8080
14
   Attorneys for Defendant
15 SANTANDER CONSUMER USA, INC.

16
                    UNITED STATE DISTRICT COURT
17
                    CENTRAL DISTRICT OF CALIFORNIA
18

19 | CHARMAINE SYLVERS and TYAVA       | CASE NO. CV 13-00227 ABC (MRWx)
   | WINBORNE, on behalf of themselves,|
20 | and all others similarly situated,| The Honorable Audrey B. Collins

21 |            Plaintiffs,            | **ORDER DISMISSING ACTION**

22 |     vs.                           |

23 | SANTANDER CONSUMER USA,           |
   | INC., an Illinois corporation; and DOES |
24 | 1 through 20, inclusive,          |

25 |            Defendants.            |

26

27

28

                                    1
         ORDER DISMISSING ACTION – CASE NO. CV 13-00227 ABC (MRWX)

## ORDER DISMISSING ACTION

Pursuant to the Stipulation of the parties dated June 30, 2014, and for good cause showing,

**IT IS HEREBY ORDERED** that Plaintiffs Charmaine Sylvers and Tyava Winborne Complaint is dismissed as follows:

1. As to Plaintiffs Charmaine Sylvers and Tyava Winborne individually, with prejudice; and

2. As to the putative class, without prejudice.

**Dated:** July 3, 2014     _____
                             Honorable Audrey B. Collins
                             United States District Court